No. 02–11301. PORRAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–11302. MORRISON v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 02–11303. BURNES v. GREENE COUNTY JUVENILE OFFICE. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 02–11304. BEARD v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 02–11305. DOTSON v. TOLLIVER ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–11306. PEREZ-SANCHEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11307. SARVEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–11308. RUIZ-GONZALEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11310. MOTTON v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–11312. PAREDES v. SPOMER, JUDGE, CIRCUIT COURT OF ILLINOIS, ALEXANDER COUNTY. Sup. Ct. Ill. Certiorari denied.

No. 02–11313. HALL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 02–11314. PAGE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–11315. MILLS v. ENERGY TRANSPORTATION CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–11316. PANIAGUA-ORTIZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11317. MONTES-GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11318. LYNCH v. FLORIDA. Sup. Ct. Fla. Certiorari denied.